**No. 41449.**—Protests 900771–G, etc., of Greenberg & Josefsberg et al. (New York).

Opinion by McCLELLAND, P. J. It was stipulated that the merchandise consists of novelty brushes or so-called fiber whisk brooms and clothes and hat brushes similar to those the subject of Abstract 34593 and *United States* v. *Heinrich Herrmann & Weiss* (26 C. C. P. A. 292, C. A. D. 30). The claim at 50 percent under paragraph 1506 was therefore sustained.

**No. 41450.**—Protests 440157–G, etc., of American Import Co. et al. (San Francisco).

Opinion by McCLELLAND, P. J. These protests have been pending since 1931, having been suspended three times. A motion for another continuance was denied. The protests were dismissed for lack of prosecution.

**No. 41451.**—Protests 663213–G, etc., of Langfelder, Homma & Hayward, Inc. (Seattle).

Opinion by SULLIVAN, J. In accordance with stipulation of counsel the merchandise in question was held dutiable as follows: (1) balls similar to those the subject of *United States* v. *Woolworth* (24 C. C. P. A. 338, T. D. 48770) and Abstract 27179 at 30 percent under paragraph 1502; (2) tennis rackets similar to those the subject of *May* v. *United States* (T. D. 47760) and *Woolworth* v. *United States* (T. D. 48573) at 30 percent under paragraph 1502; and (3) candy containers at 35 percent under paragraph 1413, Abstract 33265 followed.

**No. 41452.**—Protests 718827–G, etc., of Langfelder, Homma & Hayward, Inc. (Philadelphia).

Opinion by SULLIVAN, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Woolworth* (24 C. C. P. A. 338, T. D. 48770), *May* v. *United States* (T. D. 47760) and *Woolworth* v. *United States* (T. D. 48573) uninflated rubber balls or so-called beach balls and tennis rackets were held dutiable at 30 percent under paragraph 1502. Paper puzzles similar to those the subject of Abstract 25607 were held dutiable at 35 percent under paragraph 1413.

**No. 41453.**—Protest 805703–G of Langfelder, Homma & Hayward, Inc. (Philadelphia).

Opinion by SULLIVAN, J. In accordance with stipulation of counsel the merchandise in question was held dutiable as follows: (1) uninflated rubber balls or so-called beach balls the same as those the subject of *United States* v. *Woolworth* (24 C. C. P. A. 338, T. D. 48770) at 30 percent under paragraph 1502; (2) wooden lacquered cabinets similar to those the subject of Abstract 37636 at 33⅓ percent under paragraph 412; and (3) microscope sets at 45 percent under paragraph 228 (b), *United States* v. *Wolf* (26 C. C. P. A. 243, C. A. D. 23) followed.